## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

CHRISTOPHER VASSER,

      Plaintiff,

v.                                 CASE NO. 3:19cv4966-MCR-HTC

CAPTAIN B STEARNS,
SHERIFF B JOHNSON,
DEPUTY S FORSTER,
LIEUTENANT D TAYLOR,

      Defendants.

_____/

## <u>O R D E R</u>

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 20, 2020, ECF No. 9, which recommends dismissing this case for Plaintiff's failure to prosecute and comply with orders of the Court.  A copy of the Report and Recommendation was sent on March 20, 2020 to the last known address for Mr. Vasser, at the Santa Rosa County Jail, but was returned undeliverable.  ECF Doc 10.  The envelope was stamped "Unable to Forward" by the post office.  Therefore, no objections pursuant to Title 28, United States Code, Section 636(b)(1) have been filed.

      In the Notice to Pro Se Litigant, sent to Vasser on December 18, 2019, he was informed of his responsibility for keeping the Court apprised of his mailing address:

Throughout this case, you are required to advise the Clerk's Office **in writing** of any change in your mailing address by filing a Notice of Change of Address.  As stated in paragraph 3, you should send copies to the opposing parties or their attorney(s) and include a certificate of service.  You will be notified as soon as any action is taken in your case.  This office will mail to you a copy of every order entered by the Judge or the Magistrate Judge.

ECF Doc. 3 at ¶ 6.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2. Pursuant to 28 U.S.C. § 1915(g), the Plaintiff's complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE to Plaintiff initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety

3. The Clerk is directed to close this file.

   **DONE AND ORDERED** this 7th day of May 2020.


   s/ *M. Casey Rodgers*

   **M. CASEY RODGERS**
   **UNITED STATES DISTRICT JUDGE**